



# KEN PAXTON
## ATTORNEY GENERAL OF TEXAS

**Via ECF Filing**
Honorable Valerie E. Caproni
United States District Court Judge
United States District Court for the
    Southern District Of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, NY 10007-1312

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 1/15/2026 |

**Re:** *State of Texas v. General Motors LLC and OnStar, LLC (In re Motors Liquidation Co.)* **Case No.: 1:25-CV-09189**

**The State of Texas' Request for Extension of Briefing Schedule**

Dear Judge Caproni:

The State of Texas (Appellant) respectfully requests, pursuant to Rule 2(C) of Your Honor's *Individual Practices in Civil Cases*, an extension of the briefing schedule set forth in the Court's Order entered on November 13, 2025 [ECF No. 5].

The current briefing schedule is as follows: (i) Appellant's brief is due no later than January 20, 2026 (ii) Appellees' responsive brief is due no later than February 17, 2026, and (iii) Appellant's reply brief is due no later than March 17, 2026.

Texas seeks a thirty-day extension of the briefing schedule. The end-of-year holidays impacted counsel's availability more than anticipated, and additional time is needed to complete the briefing.

The proposed revised briefing schedule is as follows: (i) Appellant's brief is to be filed no later than February 19, 2026, (ii) Appellees' responsive brief is to be filed no later than March 27, 2026, and (iii) Appellant's reply brief is to be filed no later than April 24, 2026. As set forth in the Scheduling Order, the Court would then determine if oral argument will be necessary.

Appellees' counsel consents to this request. This is the second extension request; the first was jointly requested by the Parties in November.

For the foregoing reasons, Texas respectfully requests that the Court grant this agreed-upon extension of the briefing schedule.

*/s/ Johnathan Stone*

**JOHNATHAN STONE**, Lead Counsel
Chief, Consumer Protection Division
Texas State Bar No. 24071779
**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 463-2185
Fax: (512) 473-8301
Johnathan.Stone@oag.texas.gov

cc:     Scott Davidson, Esq. (counsel for Appellee, via email)
        Susan Clare, Esq. (counsel for Appellee, via email)
        Jordan Leu, Esq. (counsel for Appellee, via email)

Application GRANTED.                    1/15/2026

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE